

DET015959

# UNITED STATES DISTRICT COURT

### For the

### Eastern District of Michigan

Case:2:10-cv-10197
Judge: Edmunds, Nancy G
MJ: Morgan, Virginia M
Filed: 01-15-2010 At 02:54 PM
CMP AGEE V. WELLS FARGO BANK ET AL
(DA)

Linda Agee

### PLAINTIFF(S)

### VS.

WELLS FARGO BANK

### DEFENDANT(S)

### ADMIRALTY

---

## AFFIDAVIT OF NEGATIVE AVERMENT,

## OPPORTUNITY TO CURE, AND COUNTERCLAIM

Comes now Linda Agee, Plaintiff (hereinafter, "Libellant"), by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Defendant(s) do the same, and waive

all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

AS TO COUNT 1: I, Linda Agee, the Plaintiff, Secured Party Creditor, a Natural woman created by God, Demand that Defendant(s), WELLS FARGO BANK (Hereinafter "WELLS FARGO"), produce their Proof of Claim. I demand to inspect the "Original Mortgage Note", with wet ink signature, along with the Title Page that shows whether or not the mortgage has been satisfied. I believe that WELLS FARGO has sold the original note and failed to give credit to my account. This note was created on my credit and signature, and was not an asset of Citi Residential Lending. I believe the defendant(s) have not been damaged and have no legal right to a claim. As you well know, Proof of Claim must be established by law. Only the Original Mortgage Note will be accepted as proof of claim. If the Defendant(s) have the original mortgage note with the wet ink signature let them bring it forth and offer their Proof of Claim for my inspection. I believe the Defendant(s) DO NOT have lawful Proof of Claim and there is no evidence to the contrary. This is Dishonor in commerce, Theft, Fraud, Conspiracy, and Racketeering.

AS TO COUNT 2: I, Linda Agee tendered a lawful note to WELLS FARGO and WELLS FARGO has chosen to dishonor my lawful Note and have refused to zero the account. Lawful Money no longer is available for payment of debt in our economic system. Notes are considered as Legal Tender for debts, according to the Code. This is a Dishonor in Commerce, Fraud, Theft of Public Funds, Racketeering, and Conspiracy, and I believe there is no evidence to the contrary.

AS TO COUNT 3: I, Linda Agee have no record or evidence that the process used by WELLS FARGO to collect recompense or compel performance from Libellant: (a) is not defective; (b) does not contain **un-Verified** amounts for cure, redemption and payoff; and (c) is not a Counterfeit Security. This is Dishonor in commerce, fraud and I believe there is no evidence to the contrary.

AS TO COUNT 4: I, Linda Agee have no record or evidence that WELLS FARGO has acquired an interest in an alleged Promissory Note and Mortgage (Contract) nor have they provided to Libellant assurance and a Verified Statement of Account under the Generally Accepted Accounting Principals that WELLS FARGO has an interest in the alleged contract and is the Holder in Due Course of any claim against Libellant or Libellant's property. This is a Dishonor in Commerce, Fraud and Conspiracy, and I believe there is no evidence to the contrary.

AS TO COUNT 5: I, Linda Agee have no record or evidence that WELLS FARGO has provided to Libellant evidence that the original parties to the contract are in receipt of "full disclosure" regarding the nature of the transaction and the bookkeeping entries of the Original Creditor which indicate that someone other than Libellant is the party that funded the alleged loan.  This is Dishonor in commerce and Fraud I believe there is no evidence to the contrary.

AS TO COUNT 6: I, Linda Agee have no record or evidence of any contractual agreement that grants permission to WELLS FARGO to deny Libellant Equal Protection under the alleged Contract.  This is Dishonor in commerce and I believe there is no evidence to the contrary.

---

## OPPORTUNITY TO CURE

---

The Defendants have 14 calendar days to cure their Dishonor by the Following:

1.  Dismiss any and all claims against the Plaintiff, with prejudice, quiet title on Libellant's property and pay the Plaintiffs $100,000.00 (One Hundred Thousand US dollars) as is designated in the counterclaim herein, OR,

2.  Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, CAFRA Funds, etc. as needed to satisfy counterclaim herein,  OR,

3.  Prove your claims against me by providing me with lawfully documented evidence that is certified true and correct, by (Officers of the Court), in their unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by preponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Defendants fail to respond as outlined herein, within 14 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment by all Defendants, and will be complete agreement with all the statements, terms, and conditions of this contract. This is a contract in Admiralty. Any officer of the court that

interferes or involves him / her self with this claim and/or dismisses this Negative Averment, Opportunity to Cure and Counterclaim contained herein, <u>without express written or oral permission</u> from Plaintiff, will be charged with conspiracy to commit fraud. Libellant has no record or evidence that, in part, Libellant's remedy is not provided within the Supplemental Rules of Admiralty, wherein the Remedy to a hostile presentment, which is a criminal scienter act, is to file a Certificate of Exigency with the Clerk of the Court (Warrant Officer), who is then compelled by law to issue warrants for the arrest of any and all offenders.  All offenders will be added to this claim and become a Defendant. All Defendants are collectively and individually liable for this claim.

---

## COUNTERCLAIM

---

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million US Dollars) per count Per Defendant.
2. Failure to respond as outlined herein $1,000,000.00 (One Million US Dollars.) per count Per Defendant.
3. Default by non response or incomplete response $1,000,000.00 (One Million Dollars) per count Per Defendant.
4. Dishonor In Commerce - $1,000,000.00 (One Million Dollars) per count per Defendant.
5. Fraud - $1,000,000.00 (One Million US Dollars) per count per Defendant.
6. Racketeering - $1,000,000.00 (One Million US Dollars) per count per Defendant.
7. Theft of Public Funds -$1,000,000.00 (One Million US Dollars) per count per Defendant.
8. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30)
Thirty Days from the date of default. After (30) Thirty Days, beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $100,000.00 (One Hundred Thousand Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, plus interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $1,000,000.00 (One Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.
9. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of 99.999% pure silver, or the

equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve notes will only be accepted at Par Value as indicated above.

10. Total Damages will be assessed as the total amount of the damages as outlined herein times three (3) for a total of all damages as outlined in items 1-5 added to three (3) times the damages, for Punitive, or other additional damages.

By: _____

Autograph of Linda Agee, Creditor, Secured Party, Real
Party in Interest, lawful woman.

**JURAT**

Michigan State        )
                      )        ss
WAYNE County          )

The above named Affiants/Libellants appeared before me, a Notary, subscribed, sworn

under oath this __4TH__ day of __JANUARY__, ~~2009~~ 2010.

_Elaine Wills_
Notary

My commission expires: _____

ELAINE WILLS
Notary Public - Michigan
Wayne County
My Commission Expires
September 15, 2011

Seal

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**

THIS COUNTERCLAIM IS NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, CAUSE ANXIETY, ALARM OR DISTRESS, OR IMPEDE PUBLIC PROCEDURES.   THIS IS PRESENTED WITH HONORABLE AND PEACEFUL INTENTIONS TO FACILITATE SETTLEMENT AND CLOSURE OF THIS ACCOUNT.  ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS COMPRISES YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

---

JS 44 (Rev. 12/07)  **CIVIL COVER SHEET**  County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as pro__ by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of init___ the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

*Linda Agee, Pro Se*

**DEFENDANTS**

*Wells Fargo Bank, et al*

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

*14440 Carlisle*
*Detroit, MI, 48205*

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

THE

Case:2:10-cv-10197
Judge: Edmunds, Nancy G
MJ: Morgan, Virginia M
Filed: 01-15-2010 At 02:54 PM
CMP AGEE V. WELLS FARGO BANK ET AL
(DA)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III.** (For Diversity Cases Only)  and One Box for Defendant)

| | PTF | DEF | | PTF | D |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

x for P.

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organization
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actio___
☐ 891 Agricultural Acts
☐ 892 Economic Stabilizati___
☐ 893 Environmental Matt___
☐ 894 Energy Allocation A___
☐ 895 Freedom of Informat___ Act
☐ 900 Appeal of Fee Determ___ Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to D___ Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
_____
Brief description of cause:
_____

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE *1-14-2010*
SIGNATURE OF ATTORNEY OF RECORD *Linda Agee*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes
☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.  Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)  ☐ Yes
☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :