UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA AGEE,

       Plaintiff,                          Case No. 10-10197

v.                                              Hon. Nancy G. Edmunds

WELLS FARGO BANK,

       Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

      This matter has come before the Court on the Magistrate Judge's April 15, 2010 Report and Recommendation [Docket Text # 6]. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is GRANTED, and the case is DISMISSED.

      SO ORDERED.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: May 18, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 18, 2010, by electronic and/or ordinary mail.

                                        s/Carol A. Hemeyer
                                        Case Manager